IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTUANE D. DANIEL, SR.,           )
                                  )
    Plaintiff,                    )
                                  )
v.                                )        Case No. 2:24-cv-351-RAH
                                  )
VETERAN AFFAIRS, *et al.*,        )
                                  )
    Defendants.                   )

## ORDER

On February 11, 2025, the Magistrate Judge entered a Recommendation to which no timely objections have been filed.  (Doc. 15.)  The Complaint lacks allegations from which the Court can determine whether it has jurisdiction or to determine whether the Plaintiff has stated a claim.  (*See* doc. 1.)  The Magistrate Judge provided the Plaintiff multiple opportunities to amend the Complaint, but the Plaintiff failed to do so.  In the Report and Recommendation, the Magistrate Judge recommends this case be dismissed without prejudice "for failure to comply with court orders and failure to prosecute." (Doc. 15 at 2.)  Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

    **ORDERED** and **ADJUDGED** as follows:

    1. The *Recommendation of the Magistrate Judge* (doc. 15) is **ADOPTED**;

    2. This case is **DISMISSED without prejudice**.

    **DONE**, on this the 11th day of March 2025.

_____

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE